UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, in its capacity as owner trustee for LEGACY MORTGAGE ASSET TRUST 2021-GS1<br><br>　　　　Plaintiff<br><br>v.<br><br>FRANCIS A. FOLSOM,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 1:24-cv-00412-LEW<br>)<br>)<br>)<br>) |

TO: FRANCIS A. FOLSOM
ORDER FOR SERVICE BY PUBLICATION
NOTICE OF CIVIL ACTION

U.S. Bank Trust National Association, in its capacity as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 (hereinafter U.S. Bank), has commenced a civil action against Francis A. Folsom. The action is captioned *U.S. Bank Trust National Association v. Francis A. Folsom*, Case Number 1:24-cv-00412-LEW, and is pending in the United States District Court for the District of Maine, 156 Federal Street, Portland, Maine 04101. In the action, U.S. Bank seeks to foreclose on certain real property located at 93 Hinkley Road, West Gardiner, Maine 04345, pursuant to a mortgage recorded in the Kennebec County Registry of Deeds in Book 9281, Page 0260. As set forth in the order on U.S. Bank's motion for service by publication, U.S. Bank has satisfied the requirements for service by publication. U.S. Bank must publish this order once per week for three consecutive weeks in the

*Kennebec Journal* newspaper and mail a copy of the order as published to Francis A. Folsom at 93 Hinkley Road, West Gardiner, Maine 04345.

**You (Francis A. Folsom) must appear and serve an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure upon U.S. Bank, through its attorneys, Doonan, Graves & Longoria LLC, at 100 Cummings Center, Suite 303C, Beverly, Massachusetts 01915. The answer must also be filed with the court within 41 days after the first publication in the newspaper. If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. For more information, contact the Clerk's Office at 156 Federal Street, Portland, Maine 04101, telephone number (207) 780-3356, or counsel for U.S. Bank, Doonan, Graves & Longoria LLC, at 100 Cummings Center, Suite 303C, Beverly, Massachusetts 01915, telephone number (978) 921-2670.**

*SO ORDERED.*

Dated: August 5, 2025

<u>/s/ Karen Frink Wolf</u>
United States Magistrate Judge